# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. JAMES, *an individual* | Case No. 2:16-cv-05769-CAS(PJWx) |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| J2 CLOUD SERVICES, LLC and ADVANCED MESSAGING TECHNOLOGIES, INC. | Judge: Hon. Christina A. Snyder |
| Defendants. | |

**Final Judgment**

The Court, having considered Defendants' Request for Final Judgment, hereby GRANTS the request and enters final judgment as follows:

1. The Court enters final judgment against Plaintiff Gregory C. James and in favor of Defendants j2 Cloud Services, LLC, Advanced Messaging Technologies, Inc. and j2 Global Inc. on all claims asserted in the above-captioned case.

2. Defendants are the prevailing parties.

3. The Judgment is a Final Judgment under Fed. R. Civ. P. 58.

DATED: June 12, 2019

By: *Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge